# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-cr-00379-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | (Docket No. 15) |
| SETTY MA, | |
| Defendant. | |

Pending before the Court is Defendant Setty Ma's motion for a pre-plea presentence investigation report. Docket No. 15. The Court **GRANTS** Defendant's motion.

IT IS SO ORDERED.

DATED: January 29, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE