UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SETTY S. MA,<br><br>　　　　　Defendant. | Case No. 2:18-cr-00379-JAD-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for October 23, 2025 at 2:00 p.m., be vacated and continued to January 27, 2026, at the hour of 11:30 a.m.

　　DATED this 22nd day of October, 2025.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

3