**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SETTY S. MA,<br><br>　　　　Defendant. | Case No. 2:18-cr-00379-JAD-NJK<br><br>**ORDER** |

　　IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for May 27, 2026 at 9:30 a.m., be vacated and continued to June 10, 2026, at the hour of 10:00 a.m.

　　DATED this 18th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

3