**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00379-JAD-NJK |
| Plaintiff, | **ORDER** |
| v. | |
| SETTY S. MA, | |
| Defendant. | |

IT IS THEREFORE ORDERED that the revocation hearing currently scheduled for June 10, 2026 at 10:00 a.m., be vacated and continued to June 25, 2026, at the hour of 11:30 a.m.

DATED this 26th day of May, 2026.

_____
UNITED STATES DISTRICT JUDGE

3